IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DENNIS JOHNSON,                )
                               )
          Plaintiff,           )         8:14CV286
                               )
     v.                        )
                               )
HARTFORD LIFE AND ACCIDENT     )         ORDER
INSURANCE COMPANY,             )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the motion for withdrawal of counsel (Filing No. 31). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Michael Bernstein of the firm of Sedgwick, LLP, is deemed withdrawn as counsel for Hartford Life and Accident Insurance Company. The clerk of court shall remove his name from CM/ECF.

DATED this 11th day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court