IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DENNIS JOHNSON,                )
                               )
          Plaintiff,           )          8:14CV286
                               )
     v.                        )
                               )
HARTFORD LIFE AND ACCIDENT     )          ORDER
INSURANCE COMPANY,             )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the motion for withdrawal of counsel of Valerie Norwood (Filing No. 33) and the motion for withdrawal of counsel of J. Anthony Vessell (Filing No. 34).  The Court finds the motions should be granted.  Accordingly,

IT IS ORDERED that the motions are granted.  Valerie Norwood and J. Anthony Vessel of Whitehead & Associates are deemed withdrawn as counsel for plaintiff.  The clerk of court shall remove their names from CM/ECF.

DATED this 15th day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court