IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DENNIS JOHNSON,                )
                               )
         Plaintiff,            )         8:14CV286
                               )
    v.                         )
                               )
HARTFORD LIFE AND ACCIDENT     )         ORDER
INSURANCE COMPANY,             )
                               )
         Defendant.            )
_____)
```

After a scheduling conference with counsel held this date,

IT IS ORDERED:

1) On or before March 27, 2015, defendant shall provide to plaintiff a copy of the administrative record in this matter.

2) On or before April 27, 2015, defendant shall advise the Court whether further discovery in this matter is necessary.

3) If no further discovery is necessary, a conference to establish a briefing schedule is scheduled for:

**Tuesday, May 12, 2015, at 9 a.m.**

The parties may participate by phone by advising the Court prior to said date.

DATED this 20th day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court