IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENNIS JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV286 |
| | ) | |
| v. | ) | |
| | ) | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

After a scheduling conference with counsel held this date,

IT IS ORDERED:

1) On or before September 25, 2015, plaintiff shall file his motion for summary judgment with accompanying brief.

2) On or before October 16, 2015, defendant shall file its brief in response.

3) If plaintiff wishes to file a reply brief, said brief shall be filed no later than October 30, 2015.

DATED this 12th day of May, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court