IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DENNIS JOHNSON,                )
                               )
            Plaintiff,         )        8:14CV286
                               )
      v.                       )
                               )
HARTFORD LIFE AND ACCIDENT     )        ORDER NUNC PRO TUNC
INSURANCE COMPANY,             )
                               )
            Defendant.         )
_____)
```

After a scheduling conference with counsel held this date,

IT IS ORDERED:

1) On or before September 25, 2015, both parties shall file their motion for summary judgment with accompanying brief.

2) On or before October 16, 2015, both parties shall file their brief in response.

3) If either party wishes to file a reply brief, said brief shall be filed no later than October 30, 2015.

DATED this 13th day of May, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court