IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENNIS JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV286 |
| | ) | |
| v. | ) | |
| | ) | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the agreed stipulation of dismissal with prejudice (Filing No. 44). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED the stipulation of the parties is approved and adopted; this action is dismissed with prejudice, without costs or attorneys' fees to either party.

DATED this 13th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court